| | | | |
|---|---|---|---|
| Com. v. Brady [12] . . . . | 12/28/2015718 MAL (2015) | Denied | Pa.Super., 131 A.3d 108 |
| Com. v. Bright [13] . . . | 12/30/2015704 MAL (2015) | Denied | Pa.Super., 125 A.3d 467 |
| Com. v. Carter [14] . . . | 12/31/2015380 MAL (2015) | Denied | Pa.Super., 121 A.3d 1138 |
| Com. v. Chatman [15] | 12/29/2015782 MAL (2015) | Denied | Pa.Super., 131 A.3d 102 |
| Com. v. Ciner . . . . . . | 12/08/2015325 WAL (2015) | Denied | Pa.Super., 125 A.3d 441 |
| Com. v. Clark [16] . . . . | 12/31/2015602 MAL (2015) | Denied | Pa.Super., 125 A.3d 445 |
| Com. v. Clarke [17] . . . | 12/30/2015680 MAL (2015) | Denied | Pa.Super., 131 A.3d 87 |
| Com. v. Cornish [18] . . | 12/30/2015581 MAL (2015) | Denied | Pa.Super., 122 A.3d 1148 |
| Com. v. Crawford [19] | 12/29/2015620 EAL (2015) | Denied | Pa.Super., 131 A.3d 95 |
| Com. v. Crockett [20] | 12/29/2015725 MAL (2015) | Denied | Pa.Super., 120 A.3d 1065 |
| Com. v. Cross [21] . . . . | 02/01/2016516 EAL (2015) | Denied | Pa.Super., 125 A.3d 466 |

12. Justice EAKIN did not participate in the decision of this matter.
13. Justice EAKIN did not participate in the decision of this matter.
14. Justice EAKIN did not participate in the decision of this matter.
15. Justice EAKIN did not participate in the decision of this matter.
16. Justice EAKIN did not participate in the decision of this matter.
17. Justice EAKIN did not participate in the decision of this matter.
18. Justice EAKIN did not participate in the decision of this matter.
19. Justice EAKIN did not participate in the decision of this matter.
20. Justice EAKIN did not participate in the decision of this matter.
21. Justice EAKIN did not participate in the consideration or decision of this matter.